

NUMBER 13-18-00366-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| LEONARD ALVAREZ, INDIVIDUALLY, AND AS NEXT FRIEND OF CASEY ALVAREZ, MINOR CHILD, | APPELLANT, |

v.

| | |
|---|---|
| BROOKE R. SALAZAR-DAVIS, INDIVIDUALLY AND IKE DAVIS JR., INDIVIDUALLY, AND AS NEXT FRIEND OF GABRIEL DAVIS, MINOR CHILD, | APPELLEES. |

**On appeal from the 24th District Court
of Victoria County, Texas.**

# ORDER ABATING APPEAL

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Order Per Curiam**

Currently before the Court is appellant's opposed motion to abate premature appeal. Appellant states the motion for summary judgment granted on April 24, 2018

did not dispose of all claims and is not final and appealable. Appellant has filed a motion with the trial court to sever and abate the remaining claim against appellees and a hearing on the motion is scheduled for September 11, 2018.

Texas Rule of Appellate Procedure 27.2 provides that appellate courts "may allow an appealed order that is not final to be modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record." TEX. R. APP. P. 27.1. Accordingly, we grant appellant's motion and ABATE the appeal. Appellant shall, within 60 days after the date of this order, take action to cure the jurisdictional defect and to file a supplemental clerk's record containing a severance of the remaining claims against appellees. If such supplemental clerk's record is not filed in this Court, we will dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3.

It is so ORDERED.

PER CURIAM

Delivered and filed the
4th day of September, 2018.